# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00155 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| WILLIAM SPARKS, | |
| Defendant. | |

## DECISION AND ENTRY

This matter came before the Court for hearing on November 6, 2017 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #24). Having conducted a full colloquy with Defendant William Sparks, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as charged in the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant William Sparks's guilty plea was knowing, voluntary, and intelligent. Final acceptance of

Defendant's guilty plea is deferred pending review of the pre-sentence investigation report and Defendant's Objections to it.

　　　　　　　　　　　　　　　　　　　　　／s/ Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　United States District Judge