IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17cr155 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| WILLIAM SPARKS | : | |
| Defendant. | : | |

---

ENTRY REFERRING DEFENDANT TO THE FORENSIC PSYCHIATRY CENTER FOR WESTERN OHIO FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c); PROCEDURES ORDERED OF COUNSEL

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to the Forensic Psychiatry Center for Western Ohio, for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the Defendant and the government furnish the Forensic Psychiatry Center for Western Ohio with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Pre-Sentence Investigation Report and the memoranda of counsel. The Forensic Psychiatry Center for Western Ohio should delay any evaluation until expiration of the seven day period.

The Forensic Psychiatry Center for Western Ohio is to establish an appointment time with the Butler County Jail to evaluate the Defendant.

The officials at the Butler County Jail are to do all within their power to facilitate this evaluation.

February 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Butler County Jail